IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PENN MILLERS INSURANCE COMPANY,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>NORTHEAST NEBRASKA BIODIESEL LLC,<br><br>    Defendant/Counterclaim-Plaintiff,<br><br>and<br><br>NORTHEAST NEBRASKA BIODIESEL LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>    Third-Party Defendant. | Case No.  8:09-cv-339<br><br><br><br>**ORDER OF DISMISSAL** |

This matter is before the court on Plaintiff/Counterclaim-Defendant Penn Millers Insurance Company ("Penn Millers") and Defendant/ Counterclaim-Plaintiff Northeast Nebraska Biodiesel LLC's ("NNB") stipulation of dismissal (Dkt #18).  Based upon the agreement and stipulation of the parties,

   IT IS ORDERED that

   1.   The stipulation of dismissal is hereby approved;

   2.   Penn Millers' complaint (Dkt #1) and NNB's counterclaim (Dkt #12) are hereby dismissed with prejudice, with each party paying its own costs; and

3. NNB's third-party complaint (Dkt #12) against American International Specialty Lines Insurance Company is hereby dismissed without prejudice.

Dated this 7th January, 2010.

BY THE COURT:

_____
Chief District Judge